opinion certiorari should be granted. *Stephen S. Townsend* and *Carl Hoppe* for petitioner. *W. Bruce Beckley, A. W. Boyken* and *Randell Larson* for respondent.

No. 380. VOGT v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Floyd Duke James* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *James N. Castleberry, Jr., Sam C. Ratliff* and *Rudy G. Rice,* Assistant Attorneys General, for respondent.

No. 410. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM v. TRANSAMERICA CORPORATION. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Acting Solicitor General Stern* for petitioner. *Gerhard A. Gesell* and *John Lord O'Brian* for respondent.

No. 416. REPSHOLDT v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Jeremiah J. Buckley* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney, Leavenworth Colby* and *Russell Chapin* for the United States.

No. 127, Misc. NIMRO v. DAVIS ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 140, Misc. MASON v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of